**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**MARK CONNER, ADC #114272**                                                                 **PLAINTIFF**

**5:07CV00170 WRW/HDY**

**JANE DOE, et al.**                                                                           **DEFENDANTS**

**ORDER**

I have received proposed findings and recommendations (Doc. No. 31) from United States Magistrate Judge H. David Young. Defendants filed objections (Doc. No. 38).

I have reviewed the proposed findings and recommendations and Defendants' objections, and conducted a *de novo* review of the record. Defendants' objections provide further evidence that Plaintiff has not complied with the P.L.R.A. and that he has failed to exhaust his administrative remedies.

Accordingly the proposed findings and recommendations are not adopted. Defendants' Motion to Dismiss (Doc. No. 17) for failure to exhaust is GRANTED and this case is DISMISSED without prejudice.

IT IS SO ORDERED this 2nd day of January, 2008.

/s/ Wm. R. Wilson, Jr._____
UNITED STATES DISTRICT JUDGE