**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**MARK CONNER, ADC #114272**                                                              **PLAINTIFF**

**5:07CV00170 WRW/HDY**

**JANE DOE, et al.**                                                                                **DEFENDANTS**

## JUDGMENT

Based on the Order entered today, this case is DISMISSED without prejudice.

The Court certifies, based on 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment would not be taken in good faith.

IT IS SO ORDERED this 2nd day of January, 2008.


                                                                /s/ Wm. R. Wilson, Jr._____
                                                                UNITED STATES DISTRICT JUDGE