**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

MARK CONNER,
ADC #114272                                                                    PLAINTIFF

v.                                   5:07-CV-00170-WRW-HLJ

JANE DOE, *et al.*                                                           DEFENDANTS

<u>**MEMORANDUM AND ORDER**</u>

Following receipt of returned mail sent to Plaintiff at his last-known address, this Court

directed Plaintiff, by Order dated October 21, 2008, to notify the Court of his current address and

his intent to continue prosecution of this action, within thirty days of the date of the Order

(Doc. No. 59).   The Court further advised Plaintiff that failure to file such in accordance with

the Court's directions would result in the dismissal without prejudice of his complaint.   The

copy of the Order, which was mailed to Plaintiff at his last-known address, was returned to

Sender on October 30, 2008.  As of this date, Plaintiff has not provided the Court with notice of

a change in his address, and he has not corresponded with the Court.

Rule LR5.5(c)(2) of the Rules of the United States District Courts for the Eastern and

Western Districts of Arkansas provides as follows:

> It is the duty of any party not represented by counsel
> to promptly notify the Clerk and the other parties to
> the proceedings of any change in his or her address,
> to monitor the progress of the case and to prosecute
> or defend the action diligently . . . . If any communi-
> cation from the Court to a pro se plaintiff is not
> responded to within thirty (30) days, the case may be
> dismissed without prejudice. . . .

In light of Plaintiff's failure to respond to this Court's October 21, 2008 Order, the Court will dismiss the complaint without prejudice.  Accordingly, this complaint is DISMISSED without prejudice.  An appropriate Judgment will accompany this Memorandum and Order.

IT IS SO ORDERED this 10th day of December, 2008.


/s/ Wm. R. Wilson, Jr._____
UNITED STATES DISTRICT JUDGE