IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**MARK CONNER,**
**ADC #114272**                                                                                    **PLAINTIFF**

**v.**                              **5:07-CV-00170-WRW-HLJ**

**JANE DOE,** *et al.*                                                                             **DEFENDANTS**

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice, for failure to prosecute. The relief sought is denied.

IT IS SO ORDERED this 10th day of December, 2008.


/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE